■ PACIFIC FRUIT EXPRESS COMPANY, Third-Party Plaintiff-Respondent, v. BEECH-NUT LIFE SAVERS, INC., Third-Party Defendant-Appellant.— Judgment unanimously reversed on the law and facts and third-party complaint dismissed, without costs of this appeal to either party. Memorandum: (Same as filed in companion case of *Salerno* v. *New York Cent. R. R. Co.,* 21 A D 2d 850). (Appeal from judgment of Monroe Trial Term in favor of third-party

plaintiff, Pacific Fruit Express Company, in a negligence action.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.